■ ANOTHER SLICE, INC., Appellant, v 3620 BROADWAY INVESTORS LLC, Respondent. [934 NYS2d 705]—

We agree with both parties that the court properly granted a *Yellowstone* injunction (*see First Natl. Stores v Yellowstone Shopping Ctr.*, 21 NY2d 630 [1968]), and that dismissal was improper. *Gold-Land, Inc. v Haskell* (248 AD2d 132 [1998]), on which the court relied, presents the opposite factual scenario and gives no support for dismissal. In *Gold-Land*, dismissal was appropriate because Supreme Court denied *Yellowstone* relief. Concur—Saxe, J.P., Catterson, Moskowitz, Acosta and Renwick, JJ.